```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.            No. 5:13-cr-50038-001

ALONSO ROBERTO GALLARDO-GUEVARA                             DEFENDANT

## O R D E R

Now on this 15th day of April 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #15), filed on April 12, 2013, to which the parties have waived the right to object. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #15) is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendant's guilty plea is hereby **accepted**, and the written plea agreement between the parties is **tentatively approved**, subject to final approval at sentencing.

**IT IS SO ORDERED.**

>  /s/ Jimm Larry Hendren
> JIMM LARRY HENDREN
> UNITED STATES DISTRICT JUDGE